```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05278
   NEVA M WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8149


----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      The case was filed on 03/23/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I   CURRENT MORTG        .00              .00             .00
COUNTRYWIDE HOME LOANS I   MORTGAGE ARRE        .00              .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00             .00
COMCAST                    UNSECURED       NOT FILED             .00             .00
CATALYST INTERVENTIONS L   UNSECURED         1189.63             .00             .00
RETAIL SERVICES            UNSECURED       NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          564.13             .00             .00
TELECOM USA                UNSECURED       NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1035.17             .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED             .00             .00
WFNNB/NYCO                 UNSECURED       NOT FILED             .00             .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED             .00             .00
ECAST                      UNSECURED          924.16             .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED          628.70             .00             .00
ILLINOIS DEPT OF REVENUE   PRIORITY          1220.82             .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      434.00             .00          434.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,500.00                       1,045.65
TOM VAUGHN                 TRUSTEE                                             101.17
DEBTOR REFUND              REFUND                                              300.00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    1,880.82

PRIORITY                                            434.00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                    1,045.65
TRUSTEE COMPENSATION                                101.17
DEBTOR REFUND                                       300.00
                          --------------       --------------
TOTALS                     1,880.82               1,880.82

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05278 NEVA M WILLIAMS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE